IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| William H. Hines, | ) | Civil Action No.: 8:08-1909-HFF |
| | ) | |
| Plaintiff, | ) | **AGREED ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Time Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the joint motion of the Plaintiff, William H. Hines, and Defendant, Time Insurance Company, to dismiss all claims and causes of action Plaintiff has asserted, or could have asserted, in this matter against Time Insurance Company. The Court, being advised in the premises that this matter is fully and finally resolved by and between Plaintiff and Time Insurance Company, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint in the above-styled and numbered cause, and all claims therein, are hereby dismissed with prejudice, with all parties to bear their own costs, attorney's fees and expenses.

SO ORDERED AND ADJUDGED, this the **27th** day of **February, 2009.**

**s/Henry F. Floyd**_____
UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED BY:**

/s/ Nathaniel W. Bax
Nathaniel W. Bax, Esq.
Foster Law Firm, L.L.P.
601 East McBee Avenue
Post Office Box 2123
Greenville, South Carolina 29602

ATTORNEY FOR PLAINTIFF


 /s/  Richard G. Norris, II
Richard G. Norris, II, Esq.
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131

ATTORNEY FOR TIME INSURANCE COMPANY